# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF WALTON HILLS, *et al.*, | CASE NO. 1:20-cv-01772 |
| Plaintiffs, | |
| v. | MAGISTRATE JUDGE DAVID A. RUIZ |
| VILLAGE OF WALTON HILLS, *et al.*, | **MEMORANDUM OPINION AND ORDER** |
| Defendants. | |

Now pending before this court is the Partial Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure filed by Defendants Village of Walton Hills, Village of Walton Hills Planning Commission, Donald Kolograf and Robert Kalman, by and through counsel. (R. 18).

On March 15, 2021, Plaintiff filed an Amended Complaint (R. 24), which was timely filed pursuant to the deadlines set in this Court's Case Management Order dated October 26, 2020. (R. 16, PageID# 107). The Amended Complaint renders moot the pending motion (R. 18). Therefore, the Partial Motion for Judgment on the Pleadings (R. 18) is DENIED, without prejudice, as moot.

IT IS SO ORDERED.

Date: April 7, 2021

s/ *David A. Ruiz*
United States Magistrate Judge